1

2

3

4

5

6

7

8                              **IN THE UNITED STATES DISTRICT COURT**

9                          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MARELICH MECHANICAL, CO.,                    CASE NO. CV-F-04-5111 REC LJO

12                    Plaintiff,                  **ORDER TO STAY ACTION AND TO SET**
                                                  **STATUS CONFERENCE**
13        vs.
                                                  Date:   October 18, 2005
14   BIG-D CONSTRUCTION CORP-                     Time:  8:30 a.m.
     CALIFORNIA, et al.,                          Dept.: 6 (LJO)
15
                     Defendants.
16   _____/

17        This Court conducted a May 13, 2005 status conference to address a stay of this action and the

18   status of matters on appeal and related litigation.  Plaintiff Big-D Construction Corp-California appeared

19   by telephone by counsel Daniel J. Nevis, Miller, Morton, Caillat & Nevis, LLP.  Defendant University

20   Marelich Mechanical appeared by counsel Lawrence Phillips, McKenna, Long & Aldridge LLP.

21   Counsel requested to stay this action pending an appeal before the Ninth Circuit Court of Appeals.

22        On the basis of good cause, this Court:

23        1.    STAYS this action during the appeal before the Ninth Circuit;

24        2.    DIRECTS Mr. Nevis to inform this Court of the Ninth Circuit's decision when it is

25              rendered; and

26        3.    SETS a status conference for October 18, 2005 at 8:30 a.m. in Department 6 (LJO).

27              Counsel are encouraged to appear at the status conference by telephone by arranging a

28              one-line conference call and adding the Court at (559) 498-7322.   At the status

                                                    1

1    conference, counsel shall be prepared to discuss the status of the Ninth Circuit appeal and

2    related litigation and whether to continue the stay of this action.

3    IT IS SO ORDERED.

4    **Dated:    May 13, 2005**              **/s/ Lawrence J. O'Neill**
     66h44d                                  UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28