# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARELICH MECHANICAL CO., INC., | CASE NO. CV F 04-5111 REC LJO |
| Plaintifff, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | Date: February 15, 2006<br>Time: 8:30 a.m. |
| BIG-D CONSTRUCTION CORP. CALIFORNIA, | Dept.: 6 (LJO) |
| Defendants. / | |

This Court set a December 8, 2005 status conference to address matters before the Ninth Circuit Court of Appeals and related litigation. Counsel for defendant Big-D Construction Corp-California failed to appear for the status conference. Plaintiff Marelich Mechanical Co., Inc. by counsel Lawrence Phillips, McKenna, Long & Aldridge LLP called in for the status conference. Mr. Phillips explained that matters remain pending before the Ninth Circuit.

On the basis of good cause, this Court SETS a status conference for February 15, 2006 at 8:30 a.m. in Department 6 (LJO). Counsel are encouraged to appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 498-7322. At the status conference, counsel shall be prepared to discuss the status of the Ninth Circuit appeal and related litigation and whether to continue the stay of this action.

IT IS SO ORDERED.

**Dated:     December 8, 2005**                    /s/ Lawrence J. O'Neill

1

1 | 66h44d                              UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28