1  FRANCIS J. HUGHES, ESQ., SBN 61569
   DANIEL J. NEVIS, ESQ., SBN 227829
2  **MILLER, MORTON, CAILLAT & NEVIS, LLP**
3  25 Metro Drive, 7th Floor
   San Jose, California 95110
4  Telephone: (408) 292-1765
   Facsimile: (408) 436-8272
5

6  Attorneys for
   BIG-D CONSTRUCTION CORP-CALIFORNIA and FEDERAL INSURANCE COMPANY
7

8                  **UNITED STATES DISTRICT COURT**
9                  **EASTERN DISTRICT OF CALIFORNIA**
10                           **(FRESNO DIVISION)**
11

| | |
|---|---|
| BIG-D CONSTRUCTION CORP-CALIFORNIA, a Utah corporation, | Case No. CIV F-03-6354 OWW LJO |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTIONS** |
| v. | |
| LEPRINO FOODS COMPANY, a Colorado corporation; MARELICH MECHANICAL CO., INC., a California corporation, doing business as UNIVERSITY MARELICH MECHANICAL; et al. | |
| Defendants. | |
| MARELICH MECHANICAL COMPANY, a California corporation, | Case No. CIV F-04-5111 REC LJO |
| Plaintiff, | |
| v. | |
| BIG-D CONSTRUCTION CORP – CALIFORNIA; FEDERAL INSURANCE COMPANY; and DOES 1 through 100, inclusive, | |
| Defendants. | |

MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando, Suite 1300
San Jose, CA 95113

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER ENTERED BY UNITED STATES DISTRICT COURT JUDGE :**

Upon the Stipulation of the Parties and good cause appearing therefor, it is hereby Ordered that:

1. The civil action entitled Big-D Construction Corp – California v. Leprino Foods Company et al,, Case No. CIV-F-03-6354 OWW LJO, is hereby dismissed with prejudice as to Defendant University Marelich Mechanical and without prejudice as to any remaining Defendants; and

2. The civil action entitled Marelich Mechanical Company v. Big-D Construction Corp – California et al., Case No. CIV-F-04-5111 REC LJO, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   _____9/1/06 _____          \_\_/s/ Oliver W. Wanger\_\_\_\_\_
                                                United States District Court Judge
                                                Eastern District of California

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:11861.1